THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN WILLIAM MAHAR, Defendant-Appellant.

(No. 73-208; )

Second District (2nd Division)—April 7, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

William J. Cowlin, State's Attorney, of Woodstock (James W. Jerz and Martin P. Moltz, both of Illinois State's Attorneys Association, of counsel), for the People.